

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4570 |

**KIRY K. GRAY**
Clerk of Court

October 5, 2017

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

___ FILED
___ ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 12 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Clerk, United States District Court

_____ District of ___Nevada___

333 Las Vegas Boulevard South, Room 1207
Las Vegas, NV 89101-7065

Re:  Transfer of Our Case No. ED98CR00012-RT
     Assigned Your Case No. 2:17-cr-343-RFB-CwH
     Case Title: USA v. Michael Tyree Mays

Dear Sir/Madam:

[✓]  Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court. Please present to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

[ ]  Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By  Benjamin_Moss@cacd.uscourts.gov
    Deputy Clerk

cc:  Probation Office, Central District of California
     Probation Office, Transferee District

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

10/12/17                          By  RJanka
Date                                  Deputy Clerk

CR-22 (10/15)                TRANSMITTAL LETTER - PROBATION TRANSFER OUT

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 0973 5:98CR00012 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:17-cr-343-RFB-CWH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION Eastern |
|---|---|---|
| Mr. Michael Tyree Mays  Las Vegas, Nevada 89030 | NAME OF SENTENCING JUDGE Hon. Robert J. Timlin | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE FROM August 8, 2017 | TO August 7, 2025 |

| OFFENSE |
|---|
| 21 USC 841(A)(1): Possession with Intent to Distribute Cocaine |

FILED ENTERED
OCT 12 2017
CLERK U.S. DIST
BY: _____ CA

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____10/04/17_____  
Date

*signature*  
Virginia A. Phillips, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____NEVADA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  
Effective Date

_____  
United States District Judge

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

United States District Court
District of Nevada
333 Las Vegas Blvd South
Rm 1207